IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EHIERARCHY, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:16-cv-564 |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| MICROSOFT CORPORATION | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION FOR VOLUNTARY DISMISSAL

Plaintiff eHierarchy, LLC ("eHierarchy") hereby files this voluntary Motion of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant Microsoft Corporation has not yet answered the Complaint.  Accordingly, eHierarchy voluntarily dismisses Microsoft Corporation with prejudice pursuant to Rule 41(a)(1).

Dated:  June 28, 2016   Respectfully submitted,

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis DE SB #4606
Richard C. Weinblatt DE SB #5080 – Lead Counsel
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone:  (302) 999-1540
Facsimile:  (302) 762-1688
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*eHierarchy, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2016, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

<u>/s/ Richard C. Weinblatt</u><br>
Richard C. Weinblatt